**UNITED STATES of America**

v.

**Marc SYKES a/k/a M–DOC,**
**Marc Sykes, Appellant.**

No. 07–4018.

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit
LAR 34.1(a) Oct. 31, 2008.

Filed: Nov. 6, 2008.

Norman J. Gross, Esq., Office of United States Attorney, Camden, NJ, George S. Leone, Esq., Office of United States Attorney, Newark, NJ, for Appellee.

Michael W. Kahn, Esq., Cherry Hill, NJ, Marc Sykes, Allenwood LSCI, White Deer, PA, for Appellant.

BEFORE: McKEE, NYGAARD, and SILER,* Circuit Judges.

OPINION OF THE COURT

SILER, Circuit Judge.

Appellant, Marc Sykes, entered into a plea agreement with the Government, whereby he agreed to plead guilty to one count of conspiracy to distribute over 50 grams of cocaine and over 500 grams of cocaine powder. The District Court sentenced him to 166 months' incarceration. We will affirm.

Because we write exclusively for the parties who are familiar with the facts and the proceedings below, we will not revisit them here. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sykes's counsel has examined the record, concluded that there are no non-frivolous issues for review, and has requested permission to withdraw.

We, too, have thoroughly examined the record and can find no non-frivolous issues to be raised in this appeal. Hence, we will affirm the judgment of the District Court and grant counsel's motion to withdraw.

---

* The Honorable Eugene E. Siler, Jr., Senior Circuit Judge for the United States Court of Appeals for the Sixth Circuit, sitting by designation.